IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael Hitter, #071198; | ) | C.A. No. 2:06-1297-TLW-RSC |
| | ) | |
| Petitioner; | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| George T. Hagan, Warden at Allendale Correctional Institution; and Henry McMaster, Attorney General, State of South Carolina; | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The Petitioner is a state prisoner proceeding *pro se* pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas relief based on his alleged illegal detention at Allendale Correctional Institution.

On May 8, 2006, United States Magistrate Judge Robert Carr, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.), filed a Report and Recommendation ("the Report"). In his Report, Magistrate Judge Carr recommends that the Petitioner's complaint be dismissed with prejudice and without requiring the Respondents to file a return. On May 23, 2006 Petitioner filed objections to the Magistrate's Report.

This Court is charged with reviewing the Magistrate's Report and the Petitioner's objections thereto. In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections. . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report

1

or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

<u>Wallace v. Housing Auth. of the City of Columbia</u>, 791 F.Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of this standard, the Court has carefully reviewed, <u>de novo</u>, the Report and the objections thereto and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 4); Petitioner's objections are **OVERRULED** (Doc. # 5); and Petitioner's complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

      S/ Terry L. Wooten
      **TERRY L. WOOTEN**
      **UNITED STATES DISTRICT JUDGE**

November 15, 2007
Florence, South Carolina

2